[No. 71136-9-I.   Division One.   May 27, 2014.]

KENNETH C. WISEMAN ET AL., *Appellants*. v. THE DEPARTMENT OF TRANSPORTATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-25648-7, John P. Erlick, J., entered October 10, 2013. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 71365-5-I.   Division One.   May 27, 2014.]

BONNY M. BOLSON, *Appellant*, v. HAYDEN G. WILLIAMS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-05169-6, Garold E. Johnson, J., entered August 3, 2012. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 31726-9-III.   Division Three.   May 27, 2014.]

CATHLEEN LE CAIRE ET AL., *Appellants*, v. RODERICK W. TATARYN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-00242-2, Kathleen M. O'Connor, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 43744-9-II.   Division Two.   May 28, 2014.]

DAVID S. DIVIS, *Appellant*, v. THE WASHINGTON STATE PATROL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-02591-5, Wm. Thomas McPhee, J., entered July 11, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, C.J., and Worswick, J.